**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7316**

WAYNE VINSON,

Plaintiff – Appellant,

v.

UNITED STATES MARSHALS SERVICE; DAVID CRANEFORD; DEONTYE JOYNER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Richard Mark Gergel, District Judge.  (0:10-cv-00079-RMG)

Submitted:  December 15, 2011         Decided:  December 20, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Vinson, Appellant Pro Se. Raymond Emery Clark, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Vinson appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Vinson's claims brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (2006), and Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vinson v. U.S. Marshals Service, No. 0:10-cv-00079-RMG (D.S.C. Sept. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED